■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BADIA, Appellant. [642 NYS2d 503] —Judgment, Supreme Court, Bronx County (Robert Cohen, J.), rendered December 2, 1992, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him to a term of 25 years to life, unanimously affirmed.

Giving due deference to the jury's findings on credibility,

and utilizing the standards appropriate for circumstantial evidence (*People v Kennedy*, 47 NY2d 196, 201-203; *People v Cabey*, 85 NY2d 417, 421), defendant's guilt was established by sufficient, indeed overwhelming, evidence. Defendant's challenge to the circumstantial evidence instruction is unpreserved for review as a matter of law (*People v Ford*, 66 NY2d 428, 441), and, in any event, without merit (*see, People v Sanchez*, 61 NY2d 1022, 1024). The hearsay challenge was addressed in our ruling affirming the conviction of defendant's accomplice (*People v Maddaloni*, 214 AD2d 325, *lv denied* 86 NY2d 737), and we find no basis to reach a different conclusion here. We perceive no abuse of discretion in sentencing. Concur—Murphy, P. J., Rubin, Kupferman, Ross and Tom, JJ.